# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2214
_____

ADRIAN HUNTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Adrian Hunter, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.